451 A.2d 781

**COMMONWEALTH of Pennsylvania**

v.

**Hershel R. CLUTTER, Appellant.**

Superior Court of Pennsylvania.

Submitted June 21, 1982.

Filed Oct. 22, 1982.

Kevin Lee Sanders, Johnstown, for appellant.

Ray Frank Gricar, Assistant District Attorney, Bellefonte, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

PER CURIAM:

The record certified to us in this case does not contain the required opinion of the trial judge. *See* Pa.R.A.P. 1921,

1925(a). Therefore we remand for filing of the opinion. *See Commonwealth v. Coda,* 283 Pa.Super.Ct. 408, 424 A.2d 529 (1981).

Case remanded, with instructions; jurisdiction retained.